versed, with $10 costs and disbursements, and the case remitted to the trial term, to be determined upon the merits.

BARKLEY et al., Appellants, v. VICK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Charles B. Barkley and another against James Vick's Sons. No opinion. Judgment affirmed, with costs.

BARNES et al., Respondents, v. TREVOR et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Charles A. Barnes and others against William W. Trevor and others, impleaded with John J. Arnold and others. No opinion. Motion for leave to appeal to the court of appeals granted, and questions certified and filed with the clerk. See 61 N. Y. Supp. 85.

BARRETT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by John D. Barrett against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 61 N. Y. Supp. 9.

BATES v. TRUSTEES OF MASONIC HALL & ASYLUM FUND. MILLER, Respondent, v. SALT SPRINGS NAT. BANK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Actions by Edward P. Bates against the trustees of the Masonic Hall & Asylum Fund, and by Henry W. Miller against the Salt Springs National Bank and others. No opinion. Reargument ordered to take place Monday, December 4th, and the clerk is ordered to place the same on the motion calendar. See 60 N. Y. Supp. 313, 1143.

BECHT, Respondent, v. RUHL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Friedrich Becht, as administrator, etc., of Frank Becht, deceased, against Henry Ruhl and others. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

BECK, Respondent, v. COOK, Appellant. (City Court of New York, General Term. March 2, 1900.) Action by George Beck against Sarah E. Cook, as executrix. From a judgment for plaintiff, and an order denying a motion for new trial, defendant appeals. Affirmed. Wayland E. Benjamin, for appellant. Appel & Reid, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

BELL, Appellant, v. FLETCHER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by George W. Bell against John Fletcher. No opinion. Appeal dismissed upon stipulation.

BELLENG, Respondent, v. NEW YORK & CUBA MAIL S. S. CO., Appellant. (Supreme Court, Appellate Term. February 8, 1900.) Ac-

tion by Carl Belleng against the New York & Cuba Mail Steamship Company. From a judgment for plaintiff, defendant appeals. Reversed. Edward P. Mowton, for appellant. Edward B. La Fetra, for respondent.

PER CURIAM. We find nothing in the depositions added to the original record to affect the conclusion arrived at when this case was before us on a previous appeal. 28 Misc. Rep. 238, 58 N. Y. Supp. 1074. For the reasons there expressed, this judgment must again be reversed. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

BENEDICT v. HALL et al. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by Lewis Benedict against Lewis Benedict Hall and others. No opinion. Judgment for plaintiff. Decree to be settled upon application to the court. Costs to all parties, payable out of the estate.

BENNET v. ROBINSON. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) Action by Charles H. Bennet against Charles C. Robinson, collector of taxes, etc. No opinion. Motion for certificate to the court of appeals denied. See 59 N. Y. Supp. 197.

BERKOWITZ, Appellant, v. GENEVA, W., S. F. & C. L. TRACTION CO., Respondent. (Supreme Court, Appellate Division. Fourth Department. January 30, 1900.) Action by Joe Berkowitz against the Geneva, Waterloo, Seneca Falls & Cayuga Lake Traction Company. No opinion. Judgment affirmed, under rule 39.

In re BLACKWELL et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Francis O. Blackwell and others. No opinion. Upon payment of $50, motion for reargument granted, and case held until motion is heard below to open default.

In re BLOOM'S WILL. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) In the matter of the probate of the last will and testament of Christina Bloom, deceased. No opinion. Decree affirmed, with costs.

In re BOARD OF RAPID-TRANSIT COM'RS. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of the Board of Rapid-Transit Commissioners. No opinion. Motion granted, so far as to allow modification of stipulation. See 50 N. Y. Supp. 306; 60 N. Y. Supp. 729.

BOARD OF TRUSTEES OF SCHOOL DIST. NO. 4 OF TOWN OF ESOPUS, Respondent, v. ECKERT, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by the board of trustees of school district No. 4 of the town of Esopus against Peter H. Eckert. No opinion. Judgment and order affirmed, with costs.

BRADLEY et al., Respondents, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1900.)